IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>RICHARD PAUL HALL,<br><br>   Defendant. | CR 18-21-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, RICHARD PAUL HALL is hereby released from the custody of the U.S. Marshals Service.

DATED this 1st day of December, 2021.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1